**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| ANTHONY PITTS, | : | No. 401 WAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| MUHAMMAD NAJI, DEBRA YOUNKIN, K. | : | |
| HOLLIBAUGH, T. CANTOLINA, | : | |
| KENNETH CAMERON, STEVEN GLUNT, | : | |
| AND MAJOR MORRIS, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.